IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | § | |
|---|---|---|
| ERIC THOMAS, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-837-A |
| | § | |
| LPP MORTGAGE LTD., ET AL., | § | |
| | § | |
| Defendants. | § | |

O R D E R

Plaintiffs, Eric Thomas ("Thomas") and David M. Wethy as trustee of the 7821 Owen Drive Family Trust, filed the instant civil action on November 26, 2012, naming some fourteen individuals and entities as defendants. Thomas also filed a motion for leave to proceed in forma pauperis, which the court referred to the United States Magistrate Judge for consideration.[1]

The magistrate judge issued findings and conclusions that Thomas had sufficient monthly income to pay the required filing fee, and recommended that Thomas's application to proceed in forma pauperis be denied and that Thomas be required to pay the full filing fee within ten days of the date the undersigned rules on the proposed recommendations. The magistrate judge gave Thomas until December 18, 2012, to file any objections to the

---

[1] Plaintiff David Wethy did not seek leave to proceed in forma pauperis.

proposed findings, conclusions, and the recommendations. As of the date this order is signed, Thomas has filed nothing in response to the magistrate judge's order.

Therefore,

The court accepts the recommendations of the magistrate judge and ORDERS that by 4:00 p.m. on January 2, 2013, plaintiffs pay to the Clerk of the court the full filing fee of $350.

The court further ORDERS that failure of plaintiffs to comply with the terms of this order may result in the dismissal of this action without further notice as a sanction or pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED December 19, 2012.

JOHN McBRYDE
United States District Judge